**Danny GLASS, Plaintiff–Appellant,**

v.

**VARIOUS GUARDS UNKNOWN, Day Shift—Unit 13–3–R, Defendant–Appellee.**

No. 14–7714.

United States Court of Appeals, Fourth Circuit.

Submitted: March 12, 2015.

Decided: March 17, 2015.

Danny Glass, Appellant Pro Se.

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Glass appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Ac-

cordingly, we affirm for the reasons stated by the district court. *Glass v. Various Guards Unknown,* No. 2:13–cv–00604–AWA–DEM (E.D.Va. Oct. 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*